**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Camelot SI, LLC<br><br>      Plaintiff,<br><br>v.<br><br>ThreeSixty Brands Group LLC f/k/a 360 Holdings II-A LLC and MerchSource, LLC,<br><br>      Defendants. | Case No. 1:21-cv-8232<br><br>Plaintiff's motion to seal is granted until further order of the Court. The Clerk of Court is respectfully requested to terminate the motion, Doc. 3.<br><br>It is SO ORDERED.   _____<br>                             Edgardo Ramos, U.S.D.J.<br>                             Dated: 10/06/2021<br>                             New York, New York |

**CAMELOT SI'S MOTION TO SEAL EXHIBIT A TO ITS COMPLAINT**

Plaintiff Camelot SI, LLC ("Plaintiff" or "Camelot SI") respectfully moves this Court for an order sealing Exhibit A to Camelot SI's Complaint. In support of this Motion, Camelot SI states as follows:

**INTRODUCTION**

Camelot SI and ThreeSixty Brands Group LLC f/k/a 360 Holdings II-A LLC ("Defendant" or "ThreeSixty") are parties to a Website and Catalog Rights Purchase Agreement ("Purchase Agreement" or "Exhibit A"). The Purchase Agreement contains nonpublic information and confidential and proprietary business, technical, and financial information. The public disclosure of the otherwise non-public information in the Purchase Agreement would harm ThreeSixty's and Camelot SI's business interests.

Section 19(d) of the Purchase Agreement contains a confidentiality clause that states as follows:

> "(d) <u>Confidentiality</u>. Subject to the requirements of applicable law, each Party shall maintain in confidence all information and materials (i) transferred to Buyer by reason of the transactions