IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Camelot SI, LLC<br><br>      Plaintiff,<br><br>v.<br><br>ThreeSixty Brands Group LLC f/k/a<br>360 Holdings II-A LLC and MerchSource, LLC,<br><br>      Defendants. | **MEMO ENDORSED**<br><br>Case No. 1:21-cv-8232<br><br>Camelot's motion to seal is granted until further order of the Court. Defendants are directed to inform the Court of their position on the motion to seal by January 21, 2022.<br><br>It is SO ORDERED. _____<br>      Edgardo Ramos, U.S.D.J.<br>Dated: 01/18/2022<br>New York, New York |

**CAMELOT SI'S MOTION TO SEAL EXHIBITS A AND B TO
ITS FIRST AMENDED AND SUPPLEMENTED COMPLAINT**

     Plaintiff Camelot SI, LLC ("Plaintiff" or "Camelot SI") respectfully moves this Court for an order sealing Exhibits A and B to Camelot SI's First Amended and Supplemented Complaint. In support of this Motion, Camelot SI states as follows:

### INTRODUCTION

     Camelot SI and ThreeSixty Brands Group LLC f/k/a 360 Holdings II-A LLC ("Defendant" or "ThreeSixty") are parties to a Manufacturing Addendum ("Manufacturing License Agreement") and a Website and Catalog Rights Purchase Agreement ("Purchase Agreement"). The Manufacturing License Agreement and Purchase Agreement contain nonpublic information and confidential and proprietary business, technical, and financial information. The public disclosure of the otherwise non-public information in the Manufacturing License Agreement and the Purchase Agreement would harm ThreeSixty's and Camelot SI's business interests.

     Exhibit B of the Purchase Agreement amended the Manufacturing License Agreement, and Section 19(d) of the Purchase Agreement contains a confidentiality clause that states as follows: