UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMELOT SI, LLC,

                      Plaintiff,

      – against –

THREESIXTY BRANDS GROUP, LLC,
*formerly known as* 360 HOLDINGS II-A LLC,
and MERCHSOURCE, LLC,

                    Defendants.

**ORDER**

21 Civ. 8232 (ER)

Ramos, D.J.:

    Pending before the Court is the motion of Camelot SI, LLC to dismiss the counterclaims filed by defendants on April 20, 2022. Doc. 62. Also before the Court is Camelot's May 18, 2022 letter motion for oral argument. Doc. 66.

    On February 24, 2023, the parties wrote the Court, advising that they had reached a settlement in principle as to the claims asserted herein. Doc. 90. The parties requested that the Court extend certain discovery deadlines by 30 days to allow them time to finalize a written settlement agreement. *See* Doc. 90-1. The Court entered the parties' proposed case management plan on February 27, 2023.

    The parties also requested that the Court refrain from adjudicating Camelot's April 20, 2022 motion to dismiss defendants' counterclaims to the FAC, which is no longer the operative complaint. Doc. 90. Based upon the parties' representations, the Court hereby dismisses Camelot's motion to dismiss the counterclaims to the FAC as moot and without prejudice to renew should a settlement not be consummated.[1]

---

[1] In the event the settlement is not consummated, the parties will not be required to file their motion papers.

The Clerk of Court is respectfully directed to terminate the motion, Doc. 62, and related motion for oral argument, Doc. 66.

It is SO ORDERED.

Dated: February 27, 2023
       New York, New York

_____
Edgardo Ramos, U.S.D.J.